# EXHIBIT 1

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,318,902
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FRIDA KAHLO

KAHLO, ISOLDA PINEDO (MEXICO INDIVI-
DUAL)
NICOLAS SAN JUAN
NO. 506 COL DEL VALLE C.P. 03100
MEXICO, D.F., MEXICO

FOR: FICTION AND NON-FICTION BOOKS ON
TOPICS OF HISTORY, BIOGRAPHY, ART AND
POLITICS; AND PRINTED MATTER, NAMELY,
PHOTOGRAPHS, ART REPRODUCTIONS, ART
PRINTS, ART PICTURES, ART MOUNTS, ART
ETCHINGS, ART PAPER, ART PADS, SKETCH
BOOKS, PRINTED INVITATIONS, PRINTED PAT-
TERNS, ART PRINTS, PHOTOGRAPHIC PRINTS,
PICTORIAL PRINTS, NOTECARDS AND NOTE
BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 5-3-2007; IN COMMERCE 5-3-2007.

"FRIDA KAHLO" DOES NOT IDENTIFY A LIV-
ING INDIVIDUAL.

SN 76-456,294, FILED 10-2-2002.

CHRIS WELLS, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,318,903
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FRIDA KAHLO

KAHLO, ISOLDA PINEDO (MEXICO INDIVI-
DUAL)
NICOLAS SAN JUAN
NO. 506 COL DEL VALLE C.P. 03100
MEXICO, D.F., MEXICO

FOR: PERFUME, SOAP, AND COSMETICS, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 5-3-2007; IN COMMERCE 5-3-2007.

"FRIDA KAHLO" DOES NOT IDENTIFY A LIV-
ING INDIVIDUAL.

SN 76-456,296, FILED 10-2-2002.

CHRIS WELLS, EXAMINING ATTORNEY

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

Reg. No. 3,326,313

United States Patent and Trademark Office     Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FRIDA KAHLO

KAHLO, ISOLDA PINEDO (MEXICO INDIVIDUAL)
NICOLAS SAN JUAN NO. 506
COL DEL VALLE C.P. 03100
MEXICO, D.F., MEXICO

FOR: ALCOHOLIC BEVERAGES, NAMELY, TEQUILA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 7-13-2004; IN COMMERCE 9-16-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 78-651,962, FILED 6-16-2005.

THEODORE MCBRIDE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 3,787,499**

**Registered May 11, 2010**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

FRIDA KAHLO CORPORATION (PANAMA CORPORATION)
CALLE AQUILINO DE LA GUARDIA
NO. 8 EDIFICIO IGRA
PANAMA CITY, PANAMA

FOR: CIGAR CUTTERS, LIGHTERS FOR SMOKERS, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, CIGARS AND CIGARILLOS , IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF MEXICO REG. NO. 882333, DATED 5-25-2005, EXPIRES 11-11-2014.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-652,026, FILED 6-16-2005.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,326,314

Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FRIDA KAHLO

KAHLO, ISOLDA PINEDO (MEXICO INDIVI-
DUAL)
NICOLAS SAN JUAN NO. 506
COL DEL VALLE C.P. 03100
MEXICO, D.F., MEXICO

FOR: GAMES AND PLAYTHINGS, NAMELY,
DOLLS AND DOLL CLOTHING, DOLL ACCESSOR-
IES AND DOLL PLAYSETS THEREFOR, IN CLASS
28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-3-2006; IN COMMERCE 5-3-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK DOES NOT IDEN-
TIFY A PARTICULAR LIVING INDIVIDUAL.

SN 78-652,044, FILED 6-16-2005.

THEODORE MCBRIDE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 3,799,598**

**Registered June 8, 2010**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

FRIDA KAHLO CORPORATION (PANAMA CORPORATION)
CALLE AQUILINO DE LA GUARDIA
NO. 8 EDIFICIO IGRA
PANAMA CITY, PANAMA

FOR: BEERS; MINERAL AND AERATED WATERS; NON-ALCOHOLIC DRINKS, NAMELY, AERATED FRUIT JUICES, APPLE JUICE BEVERAGES, COCONUT MILK, COCONUT WATER, COFFEE-FLAVORED SOFT DRINK, ENERGY DRINKS, FLAVORED WATERS, FROZEN FRUIT BEVERAGES, FROZEN FRUIT-BASED BEVERAGES, FRUIT BEVERAGES, FRUIT DRINKS, FRUIT FLAVORED SOFT DRINKS, FRUIT JUICE CONCENTRATES, FRUIT JUICES, FRUIT NECTARS, FRUIT PUNCH, FRUIT-FLAVORED BEVERAGES, FRUIT-FLAVORED DRINKS, GRAPE JUICE BEVERAGES, HERBAL JUICES, ICED FRUIT BEVERAGES, ISOTONIC DRINKS, LEMONADE, NONALCOHOLIC APERITIFS, NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED BEVERAGES, NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES, NON-ALCOHOLIC BEVERAGES WITH TEA FLAVOR, NON-ALCOHOLIC COCKTAIL MIXES, NON-ALCOHOLIC FRUIT BEVERAGES, NON-CARBONATED, NON-ALCOHOLIC FROZEN FLAVORED BEVERAGES, ORANGE JUICE BEVERAGES, PINEAPPLE JUICE BEVERAGES, SOFT DRINKS, SPORTS DRINKS, TOMATO JUICE, TOMATO JUICE BEVERAGES, VEGETABLE JUICES; DRINKS MADE OF FRUIT AND FRUIT JUICES; SYRUPS TO MAKE DRINKS, NAMELY, SYRUP FOR MAKING LEMONADE, SYRUPS FOR BEVERAGES, SYRUPS FOR MAKING BEVERAGES, SYRUPS FOR MAKING SOFT DRINKS, SYRUPS FOR MAKING FRUIT DRINKS, SYRUPS FOR MAKING WHEY-BASED BEVERAGES; PREPARATIONS FOR MAKING SOFT DRINKS, PREPARATIONS FOR MAKING FRUIT DRINKS, PREPARATIONS FOR MAKING WHEY-BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON MEXICO APPLICATION NO. 762231, FILED 1-25-2006.

OWNER OF MEXICO REG. NO. 1017505, DATED 12-12-2007, EXPIRES 1-9-2017.

OWNER OF U.S. REG. NOS. 2,999,526 AND 3,047,286.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-910,000, FILED 6-16-2006.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 5,351,310**

**Registered Dec. 05, 2017**

**Int. Cl.: 30, 34**

**Trademark**

**Principal Register**

Frida Kahlo Corporation (PANAMA CORPORATION)
Calle Aquilino De La Guardia No. 8 Edifi
Panama City, PANAMA

CLASS 30: Artificial coffee; Artificial coffee and tea; Coffee; Coffee and artificial coffee; Coffee and tea; Coffee beans; Ground coffee beans

FIRST USE 12-15-2012; IN COMMERCE 12-15-2012

CLASS 34: Cigar boxes; Cigar cases; Cigars; Hand-rolling tobacco; Rolling tobacco; Smoking tobacco; Tobacco

FIRST USE 9-1-2014; IN COMMERCE 9-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3326314, 3437964, 3787499

"FRIDA KAHLO" does not identify a living individual.

SER. NO. 86-981,929, FILED 07-22-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 5,341,582**

**Registered Nov. 21, 2017**

**Int. Cl.: 21, 30, 34**

**Trademark**

**Principal Register**

Frida Kahlo Corporation (PANAMA CORPORATION)
Calle Aquilino De La Guardia No. 8 Edifi
Panama City, PANAMA

CLASS 21: Paper and plastic cups; Plastic coasters; Plastic containers, namely, cake boxes for household use; Plastic storage containers for domestic use; Plastic storage containers for household use

FIRST USE 6-1-2013; IN COMMERCE 6-1-2013

CLASS 30: Cereal based snack food; Chocolate-based ready-to-eat food bars; Food package combinations consisting primarily of bread, crackers and/or cookies; Honey; Snack foods, namely, chocolate-based snack foods

FIRST USE 12-1-2011; IN COMMERCE 12-1-2011

CLASS 34: Hand-rolling tobacco; Rolling tobacco; Smoking tobacco; Tobacco

FIRST USE 11-1-2014; IN COMMERCE 11-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3437964, 3326313, 3787499

The name "FRIDA KAHLO" does not identify a living individual.

SER. NO. 86-981,986, FILED 07-25-2014

*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 5,186,539**

**Registered Apr. 18, 2017**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

Frida Kahlo Corporation (PANAMA CORPORATION)
Calle Aquilino de la Guardia No. 8
Panama City PANAMA

CLASS 9: Eyeglasses, eyeglass frames, eyeglass lenses, eyeglass cases, and sunglasses

FIRST USE 4-11-2003; IN COMMERCE 1-1-2006

CLASS 25: Women's clothing, namely, shirts; blouses; skirts; suits; jackets; trousers; shorts; vests; jerseys; pants; dresses; jumpsuits; coats; scarves; shawls; t-shirts; socks; pajamas; stockings; underwear; bras; corsets; swimwear; men's neckties; men's and women's belts; women's hats; and women's shoes

FIRST USE 3-31-2003; IN COMMERCE 9-1-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3326314, 3318902, 3326313

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 87-180,429, FILED 09-22-2016
ROBERT ANDREW COHEN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Frida Kahlo

**Reg. No. 5,700,393**

**Registered Mar. 19, 2019**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Calle Aquilino De La Guardia No. 8
Panama City, PANAMA

CLASS 18: Handbags; Handbags for ladies; Handbags, purses and wallets; Fashion handbags; Leather handbags

FIRST USE 1-11-2016; IN COMMERCE 1-11-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3437962, 3799598, 3437963

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 87-617,222, FILED 09-21-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,078,375**

**Registered Jun. 16, 2020**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerías Balboa Pb. Local 2
Avenida Balboa
Ciudad De Panama, PANAMA

CLASS 33: Wine

FIRST USE 6-1-2019; IN COMMERCE 6-1-2019

The mark consists of the bust of a woman wearing flowers in her hair and skull earrings, facing forward, surrounded by a wreath of flowers; a hummingbird in flight is at each side of the wreath; a small skull dangles from the bottom of the wreath.

SER. NO. 88-585,808, FILED 08-20-2019



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,007,942**

**Registered Mar. 10, 2020**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerías Balboa
Avenida Balboa. Balboa Pb Local 2
Ciudad De Panama, PANAMA

CLASS 21: Bowls; Casseroles dishes; Cooking pot sets; Cookware, namely, pots and pans; Cookware, namely, steamers; Dinnerware, namely, plates, table plates, dessert plates, bowls; Drinking glasses; Drinking glasses, namely, tumblers; Household utensils, namely, stock pots, pot stand; Mixing bowls; Mugs; Non-electric coffee pots; Non-electric griddles; Plates; Pots; Salad bowls; Serving trays; Tea pots; Coffee mugs; Coffee cups, tea cups and mugs; Cups and mugs; Dessert plates; Fruit bowls; Servingware for serving food; Shallow bowls; Soup bowls; Sugar bowls; Table plates; Tumblers for use as drinking glasses

FIRST USE 8-19-2019; IN COMMERCE 8-19-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5351310, 4739999, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-602,255, FILED 09-03-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,330,139**

**Registered Apr. 20, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerías Balboa Pb. Local 2
Avenida Balboa
Ciudad De Panama, PANAMA

CLASS 9: Cameras; Cameras for self-developing film

FIRST USE 8-31-2020; IN COMMERCE 8-31-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3318903, 3318902, 5700393

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-819,068, FILED 03-03-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,209,947**

**Registered Dec. 01, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 9: Protective face masks not for medical purposes

FIRST USE 5-1-2020; IN COMMERCE 5-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a
particular living individual.

SER. NO. 88-905,545, FILED 05-07-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

*Frida Kahlo*

**Reg. No. 6,210,522**

**Registered Dec. 01, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 9: Protective face masks not for medical purposes

FIRST USE 5-1-2020; IN COMMERCE 5-1-2020

The mark consists of the stylized words "Frida Kahlo".

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-912,109, FILED 05-12-2020





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,211,004**

**Registered Dec. 01, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 5: Sanitizing wipes; Disposable sanitizing wipes

FIRST USE 5-13-2020; IN COMMERCE 5-13-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-917,633, FILED 05-15-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

*Frida Kahlo*

**Reg. No. 6,211,037**

**Registered Dec. 01, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 5: Sanitizing wipes; Disposable sanitizing wipes

FIRST USE 5-13-2020; IN COMMERCE 5-13-2020

The mark consists of the stylized words "Frida Kahlo".

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-918,735, FILED 05-15-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,211,038**

**Registered Dec. 01, 2020**

**Int. Cl.: 27**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 27: Carpets; Carpets and rugs; Carpets for automobiles; Automobile carpets; Vehicle carpets

FIRST USE 4-15-2013; IN COMMERCE 4-15-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-918,764, FILED 05-15-2020





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,442,416**

**Registered Aug. 03, 2021**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 10: Human face protectors, namely, transparent face shields for use in the medical and dental fields

FIRST USE 11-10-2020; IN COMMERCE 11-10-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-924,782, FILED 05-20-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,481,741**

**Registered Sep. 14, 2021**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

FRIDA KAHLO CORPORATION  (PANAMA CORPORATION)
Edificio Galerias Balboa Pb. Local 2
Avenida Balboa
Ciudad De Panama, PANAMA

CLASS 11: Space heating apparatus; Water supply purification installations; Lighting apparatus, namely, lighting installations; Refrigerating apparatus, namely, refrigerators; Apparatus for drying, namely, clothes dryers; Electric domestic cooking appliances, namely, frypans; Electric coffee brewers; Apparatus for heating milk, namely, electric milk warmers; Coffee machines, electric; Cooking apparatus and installations, namely, cooking ovens; Electric coffee filters, namely, coffee filters not of paper being part of electric coffee makers; Electric tea Kettles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN UNION , REG. NO. 017988407, DATED 03-12-2019, EXPIRES 11-21-2028

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-934,634, FILED 05-27-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,481,742**

**Registered Sep. 14, 2021**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

FRIDA KAHLO CORPORATION  (PANAMA CORPORATION)
Edificio Galerias Balboa Pb. Local 2
Avenida Balboa
Ciudad De Panama, PANAMA

CLASS 20: Furniture, mirrors, picture frames; Boxes of wood or plastic; Chests for toys; Display racks; Umbrella stands

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN UNION , REG. NO. 015085517, DATED 07-13-2016, EXPIRES 02-08-2026

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-934,639, FILED 05-27-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,211,125**

**Registered Dec. 01, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa
Avenida Balboa Pb. Local 2
Ciudad De Panama, PANAMA

CLASS 9: Cell phone covers; Protective covers and cases for cell phones; Protective covers and cases for cell phones, laptops and portable media players; Protective covers for cell phones

FIRST USE 11-15-2015; IN COMMERCE 11-15-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-934,645, FILED 05-27-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,542,155**

**Registered Nov. 02, 2021**

**Int. Cl.: 14, 24**

**Trademark**

**Principal Register**

FRIDA KAHLO CORPORATION (PANAMA CORPORATION)
Edificio Galerias Balboa PB. Local 2
Avenida Balboa
Ciudad de Panama, PANAMA

CLASS 14: Holiday ornaments of precious metal; Alloys of precious metal; Pins being jewelry; Tie pins; Rings; Horological articles, namely, time pieces; Semi-finished articles of precious metals for use in the manufacture of jewelry, namely, beads and synthetic stones; Bracelets; Brooches; Clock cases being parts of clocks; Pendants; Necklaces; Watch glasses; Jewelry charms; Statues and figurines, made of or coated with precious or semi-precious metals or stones, or imitations thereof; Jewel cases of precious metal; Cases for clock-and watchmaking being parts of clocks and watches; Cuff links; Gems; Articles of jewelry coated with precious metals; Jewelry, including imitation jewelry and plastic jewelry; Jewelry, clocks and watches; Jewelry boxes; Clockworks being clock parts; Medals; Medallions; Precious metals; Personal ornaments of precious metal, namely, jewelry; Ornaments, made of or coated with precious or semi-precious metals or stones, or imitations thereof, namely, jewelry; Gold; Earrings; Precious stones; Silver; Platinum and its alloys; Bracelets; Quartz watches; Wristwatches; Ankle bracelets; Jewelry made of semi-precious materials

CLASS 24: Table runners of textile; Bed covers; Eiderdowns; Labels of textile; Pillowcases; Covers for cushions; Bed blankets, bedspreads; Travelling rugs; Table linen; Textile tissues, namely, face towels of textile, dish towels, table napkins, diaper changing cloths for babies; Textile goods, and substitutes for textile goods, namely, towels, decorative towels, dish towels, upholstery fabrics, table covers, handkerchiefs; Bath linen, namely, towels and washcloths; Household linen, including textile face towels; Bed linen, namely, sheets, pillow shams, duvet covers; Fabrics, namely, fabrics in a roll with designs printed or woven thereon; Fabric window coverings and treatments, namely, curtains

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN UNION , REG. NO. 017988407, DATED 03-12-2019, EXPIRES 11-21-2028

OWNER OF U.S. REG. NO. 5341582, 5351310, 5186539







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-934,774, FILED 05-27-2020

# United States of America

## United States Patent and Trademark Office

# Frida Kahlo

**Reg. No. 6,612,714**

**Registered Jan. 11, 2022**

**Int. Cl.: 31**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa PB. Local 2
Avenida Balboa
Ciudad de Panama, PANAMA

CLASS 31: Roses; Cut flowers

FIRST USE 2-12-2021; IN COMMERCE 2-12-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5351310, 5186539, 6007942

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-539,290, FILED 02-22-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,804,007**

**Registered Jul. 26, 2022**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

FRIDA KAHLO CORPORATION  (PANAMA CORPORATION)
Edificio Galerias Balboa PB Local 2
Avenida Balboa
Ciudad de Panama, PANAMA

CLASS 30: Gelato; Ice-cream-based snack foods; Ice cream; Ice cream desserts

FIRST USE 9-1-2021; IN COMMERCE 9-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 97-006,339, FILED 09-01-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FRIDA KAHLO

**Reg. No. 6,986,343**

**Registered Feb. 21, 2023**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

FRIDA KAHLO CORPORATION  (PANAMA CORPORATION)
Edificio Galerias Balboa PB. Local 2
Avenida Balboa
Ciudad de Panama, PANAMA

CLASS 18: Umbrellas; Backpacks; Bags of leather for packaging; Bags, envelopes, and pouches of leather for packaging; Business card cases; Cases of leather or leatherboard; Clothing for pets; Collars for animals; Credit card cases; Credit card cases and holders; Suitcases; Travel bags; Travelling bags; Vanity cases sold empty; All-purpose carrying bags; All-purpose reusable carrying bags; Beach bags; Business card holders in the nature of card cases; Canvas shopping bags; Carry-all bags; Leather bags; Overnight bags; Reusable shopping bags; School bags; School book bags; Sports bags; Textile shopping bags; Toiletry bags sold empty; Tote bags; Weekend bags

FIRST USE 3-15-2019; IN COMMERCE 3-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3318903, 3318902, 5700393

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 97-319,819, FILED 03-18-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# Frida Kahlo

**Reg. No. 7,019,688**

**Registered Apr. 04, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Frida Kahlo Corporation  (PANAMA CORPORATION)
Edificio Galerias Balboa PB. Local 2
Avenida Balboa
Ciudad de Panama, PANAMA

CLASS 16: Boxes of cardboard or paper; gift boxes; gift boxes made of cardboard

FIRST USE 1-17-2023; IN COMMERCE 1-17-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5351310, 5186539, 6007942

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-539,285, FILED 02-22-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

